USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/20/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MERCHANT CASH & CAPITAL LLC,

                Plaintiff,        14 Cv. 3497 (JGK)(DCF)

    - against -              ORDER

EDGEWOOD GROUP, LLC, ET AL.,

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The Court has received the Report and Recommendation of Magistrate Judge Freeman dated July 2, 2015, after an inquest on damages following this Court's determination that the plaintiff was entitled to a default judgment against the defendant. No objections have been filed to the Report and Recommendation, and the time for such objections has passed. The Court has also reviewed the Report and Recommendation and adopts the ultimate conclusion as to the amount of the Judgment.

    The Court therefore directs the Clerk to enter Judgment in accordance with the Report and Recommendation, namely in the amount of $129,689.95, plus pre-judgment interest at the rate of nine percent per annum from July 31, 2014, to the date of the entry of Judgment.

The Clerk is directed to **enter Judgment accordingly and to close this case. The clerk is also directed to close all pending motions.**

SO ORDERED.

Dated:   New York, New York
         July 20, 2015

                                        _____
                                              John G. Koeltl
                                        United States District Judge